OPINION — AG — A CITY COUNTY BOARD OF HEALTH AS CREATED BY 63 O.S. 1965 Supp., 1-210 [63-1-210] IS NOT A JURISTIC ENTITY WHICH IS LEGALLY SEPARATE AND DISTINCT FROM THE STATE OR ITS POLITICAL SUBDIVISION AND WHOSE EMPLOYEES ARE NOT BY VIRTUE OF THEIR RELATION TO SUCH JURISTIC ENTITY EMPLOYEES OF THE STATE OR SUCH SUBDIVISION. ACCORDINGLY, A CITY COUNTY BOARD OF HEALTH DOES NOT COME WITHIN THE MEANING OF "INSTRUMENTALITY" AS DEFINED IN 51 O.S. 1961 122 [51-122](G) CITE: OPINION NO. 65-261, 63 O.S. 1965 Supp., 1-210 [63-1-210], 51 O.S. 1961 125 [51-125], 63 O.S. 1965 Supp., 1-212 [63-1-212], 63 O.S. 1965 Supp., 1-214 [63-1-214], 63 O.S. 1965 Supp., 1-217 [63-1-217], 63 O.S. 1965 Supp., 1-212 [63-1-212] (PENN LERBLANCE)